UNITED STATES of America, Plaintiff–Appellee,

v.

Chad A. HAMILTON, Defendant–Appellant.

No. 04–31087
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 18, 2007.

Robert William Piedrahita, Assistant U.S. Attorney, U.S. Attorney's Office, Middle District of Louisiana, Baton Rouge, LA, for Plaintiff–Appellee.

John Paul Calmes, Jr., Baton Rouge, LA, for Defendant–Appellant.

Chad A. Hamilton, Pollock, LA, pro se.

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Chad A. Hamilton has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Hamilton has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

